

**Mintzer Sarowitz Zeris Ledva & Meyers LLP**
ATTORNEYS AT LAW

39 Broadway, Suite 950
New York, NY 10006
Tel: 212.968.8300
Fax: 212.968.9840
www.defensecounsel.com

E-mail: tdarmody@defensecounsel.com

File No. 003776.000072

Centre Square, West Tower
1500 Market Street
Suite 4100
Philadelphia, PA 19102
Tel: 215.735.7200

2070 Springdale Road
Suite 400
Cherry Hill, NJ 08003
Tel: 856.616.0700

39 Broadway
Suite 950
New York, NY 10006
Tel: 212.968.8300

17 West John Street
Suite 200
Hicksville, NY 11801
Tel: 516.939.9200

1000 N.W. 57th Court
Suite 300
Miami, FL 33126
Tel: 305.774.9966

625 Liberty Avenue
Suite 390
Pittsburgh, PA 15222
Tel: 412.928.0502

1220 North Market Street
Suite 300
Wilmington, DE 19801
Tel: 302.655.2181

53 Washington Avenue
Wheeling, WV 26003
Tel: 304.230.1115

8166 Woodland Center
Boulevard
Tampa, FL 33614
Tel: 813.885.5220

## MEMO ENDORSED

September 12, 2014

*Via Fax Delivery Only*
District Court Judge Colleen McMahon
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1030
New York, New York 10007-1312

RE:   MIGUEL CALDERON v. J.C. PENNEY CORPORATION, INC.
       Docket No. 14-CV-5706

Dear Honorable Madam:

As discussed with your chambers this morning, I represent the defendant in the captioned matter, which is scheduled for an initial conference today at 10:15 a.m. Due to miscommunication between the parties, the plaintiff's counsel was not aware of the conference. I am writing on behalf of both parties to request that this conference be adjourned until either later this afternoon or another day.

As an alternative, the parties would accept a discovery schedule and order issued directly by the Court.

Thank you for your courtesy and cooperation.

Respectfully yours,

THOMAS G. DARMODY

TGD/cc

Cc:   Pena & Kahn
      Attn: Roasrie

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/14

2892217